## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| DUC NGOC HUYNH, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. 08-00297-CG-B |
| vs. ) | CRIM. ACTION NO. 06-00041-CG-B |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is denied. It is further **ORDERED** that Petitioner is not entitled to a certificate of appealability nor to appeal in forma pauperis.

**DONE and ORDERED** this 23rd day of March, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE