AO 247 (Rev. 08/14) ALSD Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| DUC NGOC HUYNH | ) Case No: 06-00041 |
| | ) USM No: 09424-003 |
| Date of Original Judgment: 05-18-2007 | ) |
| Date of Previous Amended Judgment: | ) Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

After recalculation of the guidelines, the defendant's revised guideline range would be 151 to 188 months (based on a total offense level of 34, criminal history category of I). At the time of sentencing, the defendant received a variance sentence, as to Counts One and Two, to 151 months. Pursuant to U.S.S.G. §1B1.10(b)(2)(A), the Court shall not reduce the defendant's term of imprisonment to a term less than the minimum of the guideline range. His original sentence was at the low end of the recalculated range, and the Court may not reduce the sentence further under 18 U.S.C. 3582(c)(2).

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: June 15, 2016

Callie V. S. Granade
Senior U.S. District Judge

*Digitally signed by Callie V. S. Granade Senior U.S. District Judge*
*DN: cn=Callie V. S. Granade Senior U.S. District Judge, o=Federal Judiciciary, ou=U.S. Government, email=efile_granade@alsd.uscourts.gov, c=US*
*Date: 2016.06.15 15:50:34 -05'00'*

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Senior United States District Judge
*Printed name and title*